**DYKEMA GOSSETT LLP**
SAMANTHA J. HUGHES, State Bar No. 299021
  *SJHughes@dykema.com*
ANDRES E. DE LA CRUZ, State Bar No. 350022
  *ADeLaCruz@dykema.com*
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile:  (213) 457-1850

Attorneys for Defendant
GENERAL MOTORS LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA OCHOA, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL MOTORS LLC; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.   2:26-at-415 <br><br> **CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES** |

## GENERAL MOTORS LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, General Motors LLC ("GM LLC") hereby files its Corporate Disclosure Statement.

The undersigned counsel of record for GM LLC certifies that GM LLC is a Delaware limited liability company with its principal place of business in Michigan. GM LLC is 100% owned by General Motors Holdings LLC. General Motors Holdings LLC is a Delaware limited liability company with its principal place of business in Michigan. General Motors Holdings LLC is 100% owned by General Motors Company, which is a publicly traded corporation organized under the laws of Delaware with a principal place of business in Michigan.  As a public company, General Motors Company does not have direct visibility into the identities of all its

CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

shareholders at any given time. The U.S. Securities and Exchange Commission (SEC) regulations require investors who acquire more than 5% of a public company's outstanding shares to make a regulatory filing. Based on our review of SEC filings, the Vanguard Group owns more than 10% of General Motors Company's shares as of July 29, 2025.

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

DATED:  March 5, 2026                DYKEMA GOSSETT LLP


By:      /s/ Samantha J. Hughes
         SAMANTHA J. HUGHES
         ANDRES E. DE LA CRUZ
         Attorneys for Defendant
         GENERAL MOTORS LLC

**DYKEMA GOSSETT LLP**
**444 SOUTH FLOWER STREET**
**SUITE 2200**
**LOS ANGELES, CALIFORNIA 90071**

CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

## PROOF OF SERVICE
*Diana Ochoa vs. General Motors LLC, et al.*
*USDC Eastern District*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 444 South Flower Street, Suite 2200, Los Angeles, California 90071.

On the date set forth below, I served the foregoing document(s) described as:

**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

on the interested parties in this action as follows:

| | |
|---|---|
| Elliot Conn, Esq.<br>Colin Hector<br>CONN LAW, PC<br>100 Bush Street, Suite 1580<br>San Francisco, CA 94104<br>Telephone: (415) 417-2780<br>Facsimile: (415) 358-4941<br>Email: elliot@connlawpc.com<br>colin@connlawpc.com<br>eservice@connlawpc.com | *Attorneys for Plaintiff*<br>*DIANA OCHOA* |

☒ **(BY ELECTRONIC SERVICE)** I caused to electronically served the document(s) listed above to the attorney(s) listed on the above service list and at the electronic service address(es) listed by their name(s). I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **(FEDERAL)** I declare that I employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **March 5, 2026** at Los Angeles, California.

_____
Karen Forrand

106069.002066 4939-1001-6659.4

3
CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES