**DYKEMA GOSSETT LLP**
SAMANTHA J. HUGHES, State Bar No. 299021
*SJHughes@dykema.com*
ANDRES E. DE LA CRUZ, State Bar No. 350022
*ADeLaCruz@dykema.com*
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant
GENERAL MOTORS LLC

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO**

DIANA OCHOA,

Plaintiff,

v.

GENERAL MOTORS LLC; and DOES 1 through 50, inclusive,

Defendants.

Case No. 2:26-CV-00731-WBS-CSK

Honorable William B. Shubb
Courtroom 5 (Sacramento)
Magistrate Chi Soo Kim
Courtroom 25 (Sacramento)

**JOINT STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND ALL CORRESPONDING DATES (L.R. 143)**

| | |
|---|---|
| Complaint Filed: | January 26, 2026 |
| Notice Removal: | March 4, 2026 |
| Final Pretrial Conf; | May 17, 2027 |
| Trial Date: | July 20, 2027 |

Plaintiff DIANA OCHOA and Defendant GENERAL MOTORS LLC, by and through their respective counsel of record, jointly stipulate and respectfully request that the Court continue the current trial date and modify all related pretrial and discovery deadlines as set forth below.

**A. <u>Existing Schedule</u>**

The Court's current scheduling order sets forth the following deadlines:

1. Non-Expert Discovery Cutoff: January 8, 2027

2. Expert Disclosure Deadline: November 6, 2026
3. Rebuttal Expert Disclosure Deadline: December 6, 2026
4. Discovery Motions Cutoff: Noticed by January 8, 2027
5. Dispositive Motion Filing Deadline: March 8, 2027
6. Pretrial Conference: May 17, 2027
7. Trial Date: July 20, 2027

**B. <u>Good Cause for Requested Continuance</u>**

Good cause exists to continue the trial date and related deadlines. Since entry of the scheduling order, the parties have diligently pursued discovery but require more time to complete discovery and depositions. Despite the parties' efforts, additional time is needed due to unforeseen circumstances that required another inspection of the subject vehicle. The parties currently have this inspection scheduled for November 10, 2026. Following this inspection, the parties will need additional time to schedule and conduct fact witness and expert depositions, designate experts and rebuttal experts, and, if necessary, prepare dispositive motions.

The requested extension is not sought for purposes of delay. Rather, the parties jointly believe that the requested extension will allow them sufficient time to complete the additional vehicle inspection and complete discovery, evaluate expert issues, prepare dispositive motions if appropriate, and prepare the matter for trial in an orderly and efficient manner.

There have been no prior requests to continue the trial date or to modify the scheduling order.

**C. <u>Proposed Modified Schedule</u>**

The parties jointly request that the Court modify the schedule as follows:

1. Non-Expert Discovery Cutoff: May 10, 2027
2. Expert Disclosure Deadline: March 8, 2027
3. Rebuttal Expert Disclosure Deadline: April 6, 2027

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

4. Discovery Motions Cutoff: Noticed by May 10, 2027
5. Dispositive Motion Filing Deadline: July 8, 2027
6. Pretrial Conference: September 20, 2027
7. Trial Date: November 30, 2027

All other provisions of the Court's scheduling order shall remain in effect unless modified by the Court.

The Parties hereby stipulate through their respective counsel of record and respectfully request that the Court enter the proposed order below continuing the trial date and modifying all related discovery and pretrial deadlines.

**IT IS SO STIPULATED.**

DATED: October 13, 2026 CONN LAW, PC

By: /s/ Colin Hector
ELLIOT CONN
COLIN HECTOR
Attorneys for Plaintiff,
DIANA OCHOA

DATED: October 13, 2026 DYKEMA GOSSETT LLP

By: /s/ Andres E. De La Cruz
SAMANTHA J. HUGHES
ANDRES E. DE LA CRUZ
Attorneys for Defendant
GENERAL MOTORS LLC

## ATTESTATION

Filer attests that all other signatures listed on whose behalf the filing is submitted concur in filing's consent and have authorized filing.

DATED: October 13, 2026 DYKEMA GOSSETT LLP

By: /s/ Andres E. De La Cruz
SAMANTHA J. HUGHES
ANDRES E. DE LA CRUZ
Attorneys for Defendant
GENERAL MOTORS LLC

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

**ORDER**

**GOOD CAUSE APPEARING THEREFROM,**

**IT IS HEREBY ORDERED** that the scheduling order is modified as follows:

8. Non-Expert Discovery Cutoff: May 10, 2027
9. Expert Disclosure Deadline: March 8, 2027
10. Rebuttal Expert Disclosure Deadline: April 6, 2027
11. Discovery Motions Cutoff: Noticed by May 10, 2027
12. Dispositive Motion Filing Deadline: July 8, 2027
13. Pretrial Conference: September 20, 2027
14. Trial Date: November 30, 2027

All other terms of the Court's prior scheduling order remain in effect.

**IT IS SO ORDERED.**

Dated: October 14, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071